IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CANDY HULLAR                                                                              PLAINTIFF

V.                                       NO. 3:05CV00040-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                   DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, declaring Plaintiff to be disabled, and awarding Plaintiff benefits from her alleged onset date forward.

DATED this 17th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE