**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CANDY L. HULLAR                                                                                              PLAINTIFF

V.                                                    3:05CV00040 JTR

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration                                                                                              DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Application for an Award of Attorney's Fees Under the Provisions of the Equal Access to Justice Act ("EAJA") (docket entry #15), along with a Memorandum in Support (docket entry #16). Defendant has filed a Response (docket entry #17). For the reasons set forth herein, the Application will be granted.

On March 11, 2005, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") that denied her social security benefits (docket entry #2). On July 17, 2006, the Court entered a Memorandum and Order and Judgment (docket entries #13 and #14) that reversed the decision of the ALJ and awarded benefits to Plaintiff.

On August 11, 2006, Plaintiff's attorney, Mr. Alan V. Seagrave, III, filed an Application for an Award of Attorney's Fees Under the Provisions of the EAJA seeking payment for 20.60 hours of work performed by him at a rate of $125.00 an hour ($2,575.00). Defendant does not object to the Motion.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of fees under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $2,575.00.

IT IS THEREFORE ORDERED that Plaintiff's Application for an Award of Attorney's Fees under the Provisions of the EAJA (docket entry #15) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Alan V. Seagrave, III, attorney for Plaintiff, $2,575.00, which has been awarded as fees pursuant to the EAJA.

DATED this 31st day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE